In the Matter of the Estate of GUSTAV HERTER, Deceased. TOM C. CLARK, Attorney General of the United States, as Successor to the Alien Property Custodian, Appellant; PAUL VAN ANDA, as Administrator C. T. A. of Gustav Herter, Deceased, et al., Respondents.— Decree unanimously affirmed. No

opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ. [193 Misc. 602.] [See *post*, p. 1034.]